## JOHN ROBISON
### v.
### ROBERT FORSYTH AND JOHN LITTLE

1811

### JOURNAL ENTRIES

1. Judgment . . . . . . . . . . . *Journal, infra,* *p. 353

### PAPERS IN S. C. FILE

[None]

Papers in D. C. File

1. Declaration . . . . . . . . . . . . . . . . .